# Exhibit A

# Verification of Olivia E. Hudson

## VERIFICATION

I, Olivia E. Hudson, after first being duly sworn, state that I have read the factual allegations in the Verified Complaint set out above, and that they are true and correct to the best of my knowledge and belief.

*(signature)*
OLIVIA E. HUDSON

COMMONWEALTH OF KENTUCKY )
)
COUNTY OF Fayette )

The foregoing instrument was subscribed and sworn to before me by Olivia E. Hudson on this the 4th day of July, 2014.

My Commission expires: 5-20-15

*(signature)*
NOTARY PUBLIC, STATE AT LARGE, KENTUCKY
NOTARY ID: 443403