# Exhibit B

# Verification of Edwina Cordle

## VERIFICATION

I, Edwina Cordle, after first being duly sworn, state that I have read the factual allegations in the Verified Complaint set out above, and that they are true and correct to the best of my knowledge and belief.

*Edwina Cordle*
EDWINA CORDLE

COMMONWEALTH OF KENTUCKY    )
                            )
COUNTY OF Fayette           )

The foregoing instrument was subscribed and sworn to before me by Edwina Cordle on this the 4th day of July, 2014.

My Commission expires: 5-20-15

*Caitlin A Wedlando*
NOTARY PUBLIC, STATE AT LARGE, KENTUCKY
NOTARY ID: 443403