**Attachment to Civil Cover Sheet JS 44**
**Exhibit C**

Caitlin A. Wohlander
Wohlander Law Office, PSC
P.O. Box 910483
Lexington, Kentucky 40591
Office: (859) 309-1691
Facsimile: (859) 309-1698
caitlin@wohlanderlaw.com
Co-Counsel for Plaintiffs

Danielle Brown, Of Counsel
Wohlander Law Office, PSC
P.O. Box 910483
Lexington, Kentucky 40591
Office: (859) 309-1691
Facsimile: (859) 309-1698
danielle@wohlanderlaw.com
Co-Counsel for Plaintiffs

Jarrod James Beck
Law Office of R. Michael Murphy, PLLC
709 Millpond Road
Lexington, Kentucky  40514
Office: (270) 860-2025
Facsimile: (859) 422-5955
jarrod.beck@gmail.com
Co-Counsel for Plaintiffs