# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (AT ASHLAND)

| | |
|---|---|
| **OLIVIA E HUDSON, et al.,** : | |
| : | **CASE NO. 0:14-cv-00104-HRW** |
| **Plaintiffs,** : | |
| : | |
| **vs.** : | |
| : | |
| **LOUSIA COMMUNITY BANK, INC.,** : | |
| **(sic)** : | |
| : | |
| **Defendant.** : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now come Plaintiff Olivia Hudson and Defendant Louisa Community Bank, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and hereby stipulate that the above-captioned action is dismissed with prejudice in its entirety as between them, each party to bear her or its own costs.

                                                                Respectfully Submitted,

*/s/ Mark A. Wohlander*                           */s/ Patricia Pryor*
Mark A. Wohlander                                 Patricia Pryor (94207)
mark@wohlanderlaw.com                      *Trial Attorney*
Caitlin Wohlander                                     JACKSON LEWIS P.C.
caitlin@wohlanderlaw.com                     PNC Center, 26th Floor
Wohlander Law Office PSC                    201 E. 5th Street
P.O. Box 910483                                        Cincinnati, Ohio 45202
Lexington, Kentucky 40591                    (513) 898-0050 – telephone
Cellular: (859) 361-5604                          (513) 898-0051 – facsimile
Facsimile: (859) 309-1698                       e-mail:  patricia.pryor@jacksonlewis.com
*Counsel for Plaintiff Olivia Hudson*       *Counsel for Defendant Louisa Community Bank*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of June, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

                                                      */s/ Mark A. Wohlander*
                                                      Mark A. Wohlander

4815-3070-4434, v.  1