UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT ASHLAND)

| | |
|---|---|
| OLIVIA E HUDSON, et al., | : |
| | : CASE NO. 0:14-cv-00104-HRW |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| LOUSIA COMMUNITY BANK, INC., (sic) | : |
| | : |
| Defendant. | : |

## PROPOSED ORDER OF DISMISSAL

The Plaintiff Olivia Hudson and Defendant Louisa Community Bank, having moved jointly to dismiss the above-captioned matter with prejudice in its entirety as between them, and for each party to bear her or its own costs; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the joint stipulation is GRANTED and this matter is dismissed with prejudice, with each party to bear her or its own costs, and this matter is closed and stricken from the active docket.

This the __16th__ day of __June__, 2016.

Signed By:
Henry R. Wilholt, Jr.
United States District Judge

Prepared by:

/s/ Mark A. Wohlander
Mark A. Wohlander
mark@wohlanderlaw.com
Wohlander Law Office, PSC
P.O. Box 910483
Lexington, Kentucky 40591
Cellular: 859-361-5604
Facsimile: 859-309-1698
*Counsel for Plaintiff Olivia Hudson*